Norman A. MacPHERSON, as trustee in bankruptcy, etc., respt., v. BEECHNUT CREAMERY CO., et al., applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Farquhar J. MacRAE v. FLORIDA CITRUS EXCHANGE. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

In the Matter of Hugh A. McTERNAN, an attorney. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Matter referred to Hon. Josiah T. Marean, official referee, to take proof and report.

Elizabeth McWHIRTER, appellant, v. Irene U. PAYNTAR, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion denied, without costs.

Julia W. MADDAUS and Ingo Maddaus, appellants, v. EAGLE SAVINGS & LOAN COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Mills, Rich, and Putnam, JJ., concur.

Martin MAGER, appellant, v. NEW YORK & WESTERN SPECIALTY COMPANY and Annie C. Carpenter, defendants, and D. Henry Brown, late sheriff of Suffolk County, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur. Appeal dismissed. 111 N. E. 1091.

Anna F. MAHONY, respondent, v. Sarah E. BURCH, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Patrick H. MALADY, applt., v. Osbert S. PRINDLE et al., respts. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant serve proposed case by May 12th, printed papers by May 22d, and pay to respondents' attorneys $10.

Michael MALAK, respt., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

George MALEK, respt., v. DELAWARE L. & W. R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: 1. That the strictures and adverse criticism upon the conduct of Noss, the principal witness of the defendant during the course of the trial and its charge to the jury by the trial court, deprived the defendant of a fair and impartial trial to which it was entitled. 2. The voluntary and unjustifiable criticism of the conduct of the defendant's attorney frequently during the trial tended to prejudice the case of the defendant and likewise deprived it of a fair and impartial trial. All concur.

MANHATTAN BELLOWS CASE COMPANY, Inc., respondent, v. William I. COHN and Joshua Cohn, copartners, etc., appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Barnet MANNE and Max Weiss, respondents, v. HAVEMEYER THEATRE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

Frank MARCUS, appellant, v. Abraham COHEN and Ray Cohen, respondents. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Francesco MARINARO, an infant, etc., Applt., v. MULTI-SPEED SHUTTER CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs. No opinion. Page, J., dissenting. Order filed.

John A. MARKETT, respt., v. Hulda GEMKE, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment of Supreme Court and judgment of City Court reversed, with costs to appellant to abide event, and a new trial granted to be had in Buffalo City Court on the 8th day of June, 1916, at 10 a. m. Held, that while the plaintiff, if acting in good faith, under the danger clause in the mortgage, had the right to take possession of the property and sell the same, that question was one of fact and should have been submitted to the jury. All concur. See, also, 154 N. Y. Supp. 780.

In re Probating Last Will and Testament of Sophia G. MARKHAM, deceased. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed without costs upon stipulation filed.

Alfred MARAICH v. George H. MUSCAT et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal denied, with leave to renew, on the ground that no notice of this motion has been given to the appellant. Order filed.

In the Matter of Frederick Townsend MARTIN, decd. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted; question certified. Order filed.